IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mainline Shipping Company, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION 22-cv-517-RGA |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Michigan Salt Products, LLC, § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| Midwest Salt, LLC, et al., § | |
| § | |
| Garnishees. § | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Stephen Simms to represent Plaintiff in this matter.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for Mainline Shipping Company*

Dated: April 27, 2022

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____                                   _____
                                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _X_ to the Clerk of Court (paid 1/5/2022, receipt # ADEDC-3775365), or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 27, 2022.

Signed: _____
J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste 230
Baltimore, Maryland 21030
(410) 783-5795
jssimms@simmsshowers.com