IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mainline Shipping Company, § § Plaintiff, § § vs. § Michigan Salt Products, LLC, § § Defendant, § § and § § Midwest Salt, LLC, et al., § § Garnishees. § | CIVIL ACTION NO.: 22-cv-517-RGA IN ADMIRALTY, Rule 9(h) |

### FINAL JUDGMENT AGAINST
### GARNISHEE JPMORGAN CHASE BANK, N.A.

This matter is before the Court on the Process of Maritime Attachment and Garnishment ("Writ") issued to Garnishee JPMorgan Chase Bank, N.A. and served on The Corporation Trust Service, Registered Agent for JPMorgan Chase Bank, N.A., and Plaintiff Mainline Shipping Company's Motion for Judgment on Confession (Answer) of Garnishee JPMorgan Chase Bank, N.A.

Garnishee JPMorgan Chase Bank, N.A. has confessed that it is holding $16,855.07 in accounts belonging to Defendant Michigan Salt Products, LLC.

Accordingly, upon consideration, it is hereby **ORDERED** and this Court **ENTERS JUDGMENT** as follows:

Within ten (10) days of this Order and Judgment, Garnishee JPMorgan Chase Bank, N.A., will issue a check to J. Stephen Simms, P.C. Client Trust Account as counsel to Mainline Shipping Company, and mailed to Simms Showers LLP, 201 International Circle, Suite 230,

29974182.1

Baltimore, Maryland 21030. In the alternative, the funds may be wire transferred to counsel's client trust account, with the wire transfer information to be provided to Garnishee.

Pursuant to Fed. R. Civ. P. 62(a), execution on this final judgment shall not be stayed.

DONE AND ORDERED this <u>30th</u> day of <u>December</u>, 2022.

<u>/s/ Richard G. Andrews</u><br>
UNITED STATES DISTRICT JUDGE